**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERLINDO RODRIGUEZ, JR.,<br>Plaintiff,<br>v.<br>D. CAMPBELL,<br>Defendant. | No. 1:26-cv-01703-KES-BAM (PC)<br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITH PREJUDICE<br>Doc. 16 |

Erlindo Rodriguez, Jr., a state prisoner proceeding pro se, seeks to proceed on a claim for excessive force in violation of the Eighth Amendment arising out of events on May 21, 2020. Doc. 1. The magistrate judge determined that on the face of the complaint, which Rodriguez filed in 2026, his claim appeared to be time barred. Doc. 12. On June 16, 2026, the magistrate judge ordered Rodriguez to show cause why the action should not be dismissed as barred by the statute of limitation. *Id.* Rodriguez did not respond. *See* docket. The magistrate judge subsequently issued findings and recommendations, recommending that the action be dismissed as barred by the applicable statute of limitations. Doc. 16.

The Court served the findings and recommendations on Rodriguez with a notice that any objections were to be filed within 14 days. Doc. 16 at 5. Rodriguez filed objections on August 27, 2026. Doc. 17.

In accordance with 28 U.S.C. § 636(b)(1), the court conducted a de novo review. Having carefully reviewed the matter, the court concludes the findings and recommendations are supported by the record and by proper analysis. Rodriguez objects that equitable tolling should apply because the clerk of the court closed his prior action, Case No. 1:21-cv-00410-JLT-BAM, on September 30, 2024, and he allegedly sent a first amended complaint in that action to the court on November 18, 2024, but the clerk of the court rejected his filing. Doc. 17. Rodriguez attaches an undated civil cover sheet, but he does not include a copy of the purported first amended complaint. *See id.*

Rodriguez's objections fail to establish any basis for equitable tolling. Moreover, they highlight that his complaint in this case appears to be duplicative and to assert the same claim that was already addressed and denied on the merits in Case No. 1:21-cv-0410. In that prior action, the court granted summary judgment in defendant Campbell's favor on Rodriguez's claim of excessive force. *See id.* Even assuming Rodriguez attempted to file an amended complaint in that action, there was no basis for him to file an amended complaint as the court had already entered judgment on the merits against him. Rodriguez's objections do not identify any basis to reject the magistrate judge's findings and recommendations.

The Court ORDERS:

1. The findings and recommendations issued on August 11, 2026 (Doc. 16) are adopted.
2. This action is dismissed with prejudice.
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: September 18, 2026

UNITED STATES DISTRICT JUDGE